# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   Criminal No. 10-155 PJS/AJB

    Plaintiff,

v.   **ORDER**

GLENN DALE ACON, Jr.,

    Defendant.

Allen A. Slaughter, Esq., Assistant United States Attorney, for the plaintiff, United States of America;

Michael W. McDonald, Esq., for the defendant, Glenn Dale Acon, Jr..

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 15, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant Glenn Dale Acon's Motion to Suppress Evidence Obtained as a Result of Search and Seizure is **granted in part and denied in part** [Docket No. 53] as further provided herein. Evidence obtained pursuant a search warrant executed at a specified St. Paul, Minnesota, residence on January 22, 2010, is suppressed, along with derivative evidence to include statements provided in an interview with law enforcement conducted on January 22, 2010. To the extent the defendant seeks to suppress evidence obtained on dates other than January 22, 2010, the motion is denied; and

2. Defendant Glenn Dale Acon's Motion to Suppress Eyewitness Identifications is **denied** [Docket No. 54].

Dated:   11/29/10

                                                              s/Patrick J. Schiltz
                                                              Patrick J. Schiltz
                                                              United States District Judge